EDWARD A. AGLIATA, Respondent, v EMMY E. AGLIATA, Appellant.—

 Present—Callahan, J. P., Boomer, Green, Balio and Davis, JJ.